## 30245. HICKS et al. v. WESTERN AMERICAN LIFE INSURANCE COMPANY.

NICHOLS, Chief Justice.

On further consideration of the record in the present case, this court holds that the application for writ of certiorari was improvidently granted, and accordingly this case is dismissed.

*Dismissed. All the Justices concur.*

ARGUED NOVEMBER 12, 1975 — DECIDED NOVEMBER 24, 1975.

*Kilpatrick, Cody, Rogers, McClatchey & Regenstein, Matthew H. Patton, Dennis S. Meir,* for appellants.

*Foy R. Devine,* for appellee.